**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  Case #14-15538-AJC
**Debtor:** Cynthia Bradley  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was conducted on 02-25-2015 and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final LMM conference was scheduled for 02-25-2015 but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [ x ] Other: Mediation was moved back and the parties settled before the re-set date.

**C.** The result of the LMM conference is as follows:

1. [ X] The parties reached an agreement
2. [  ] The parties did not reach an agreement

Dated: 03.12.15  Signature of Mediator: _____ //s// Tania Ochoa
  Printed Name: Tania Ochoa
  Address: 2001 Palm Beach Lakes Blvd. Suite 502-F
  West Palm Beach, FL 33409
Copies To:  Phone: (561) 355-5177
[All Parties to Mediation]  Email: Tania@ochoabankruptcy.com